

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Olin Culberson, Chairman
Railroad Commission of Texas
Austin, Texas

Opinion No. O-7113

Re: Refund of license fees paid for
butane gas handler's license

Dear Sir:

We have for reply your letter of February 21, 1946,
reading as follows:

"Mr. C. H. Park, Alvarado, Texas made appli-
cation for a license to handle butane gas to
the Gas Utilities Division. The fee was paid,
deposited with the State Treasurer and the
license issued.

"Mr. Park now advised that he does not wish to
use the license and wishes a refund of his fee.
Is there any way, under the law, in which this
refund can be made in view of the fact that the
license is not being used?"

The pertinent portions of the Liquefied Petroleum Gas
Act read as follows:

"Section 7. (1) No person, firm or corpora-
tion shall engage in this state in the manu-
facturing, and/or assembling, and/or repairing,
and/or selling, and/or installing of containers
to be used with liquefied petroleum gases as a
fuel, nor shall such person, firm, or corpora-
tion engage in the sale, transportation, dis-
pensing or storage of liquefied petroleum gases
within this state, except where stored by the
ultimate consumer for consumption only, without
having first obtained from the Railroad Commis-
sion of Texas under the provisions of this Act

527

a license so to do.  Applications for such licenses shall be in writing and shall contain such information as the Commission shall prescribe. * * *"

"Section 10.  For the purpose of defraying the expenses of administering this Act, each person, firm, corporation or association engaged in one or more of the pursuits named in subsection (1) of this section, except as otherwise provided in this subsection, shall at the time of issuance of such license, and annually thereafter, on or between September 1st and September 15th of each calendar year pay to the Railroad Commission a special fee of Twenty-five ($25.00) Dollars; except that each person, firm, or corporation who operates a truck or trucks in the wholesale or retail delivery of liquefied petroleum gas, shall at the time of issuance of such license, and annually thereafter, on or between September 1st and September 15th of each calendar year, pay to the Railroad Commission a special fee of Fifty ($50.00) Dollars, and when such fifty dollar fee is paid, said firm or corporation shall not be liable for the payment of the Twenty-five ($25.00) Dollar fee as provided herein.

"If the license here provided for is issued after the month of September of any year, all fees shall be prorated to the remaining portion of the year to August 31st following, but in no case less than one-fourth of the total annual fee."  (Chapter 358, Acts 49th Leg., R. S., 1945, p. 629)

As we understand the facts set forth in your letter, the licensee in question voluntarily paid the license fee provided for under the provisions of the Butane Gas Act and a license was issued.  He now desires a refund of the fee.

We have found no provision in Title 102 of the Revised Civil Statutes of Texas, 1925, or any amendments thereto, whereby the Legislature has authorized the refund of such a license fee.  Under the circumstances set forth in your letter, the law is well settled that a refund may not be made.  See 27 Tex. Jur. (Licenses, 8 75) pps. 921, 922; City of Houston vs. Feizer, 76 Tex. 365, 13 S. W. 266;  Galveston County vs. Gorham, 49 Tex. 279; Austin National Bank vs. Sheppard (Sup. Ct. 1934), 71 S. W. (2d) 242; and compare Opinions No. 0-6019 (refusing

Honorable Olin Culberson - Page 3

refund of filing fee for real estate license) and Opinion No. 0-6302 (refusing refund of proportionate part of package store permit fee).

We therefore answer your question in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By James D. Smullen
James D. Smullen
Assistant

JDS:jt


APPROVED
OPINION
COMMITTEE
BY BW
CHAIRMAN